1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ZABIULLAH NASIRI.                         No.  2:24-cv-2111-KJM-CKD (PS)

12                  Plaintiff,

13          v.                                  ORDER

14    PFIZER, INC.,

15                  Defendant.

16

17

18          This matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

19    On April 17, 2025, the magistrate judge filed findings and recommendations, which contained

20    notice that any objections to the findings and recommendations were to be filed within fourteen

21    days.  Plaintiff has not objected to the findings and recommendations.

22          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

23    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

24    de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

25    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

26    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

27    supported by the record and by the proper analysis.

28    /////

                                            1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  The findings and recommendations filed April 7, 2025 (ECF No. 6), are adopted in

3         full.

4      2.  This action is dismissed for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

5      3.  The Clerk of Court is directed to close this case.

6  DATED:  May 15, 2025.

                                UNITED STATES DISTRICT JUDGE